## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**BILLY D. DAVIS**
**Reg. #80388-008**                                                **PETITIONER**

**v.**                          **Case No. 2:15-cv-00142-KGB-PSH**

**C.V. RIVERA, Warden,**
**Federal Correction Complex,**
**Forrest City, Ark.**                                              **RESPONDENT**

## <u>ORDER</u>

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Patricia S. Harris (Dkt. No. 12).  Plaintiff Billy D. Davis has not filed any objections to the Proposed Findings and Recommendations, and the time for filing objections has passed.  After careful review of the Proposed Findings and Recommendations, the Court concludes that they should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court dismisses without prejudice this case.

So ordered this 8th day of December, 2016.

_____
Kristine G. Baker
United States District Judge