**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**BILLY D. DAVIS
Reg. #80388-008**                                                                          **PETITIONER**

**v.**                              **Case No. 2:15-cv-00142-KGB-PSH**

**C.V. RIVERA, Warden,
Federal Correction Complex,
Forrest City, Ark.**                                                                       **RESPONDENT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 8th day of December, 2016.

_____
Kristine G. Baker
United States District Judge